No. 76–1838. PAUL *v.* PLEASANTS, SHERIFF. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.